FILED
CLERK
12:06 pm, Dec 03, 2020
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

LORI DECOSTANZO, on behalf of herself and all others similarly situated,

                                Plaintiff,

-against-

GLAXOSMITHKLINE PLC, and GLAXOSMITHKLINE LLC,

                                Defendants.

Case No. 1:20-CV-2284-GRB-AYS

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Lori DeCostanzo, by and through her undersigned counsel of record, voluntarily dismisses her above-captioned action against Defendants GlaxoSmithKline plc and GlaxoSmithKline LLC without prejudice. Defendants have not yet served an answer or a motion for summary judgment.

Dated: December 2, 2019

SIRI & GLIMSTAD LLP

    /s/ Aaron Siri

Aaron Siri
Elizabeth Brehm
200 Park Avenue
17th Floor
New York, New York 10166
Tel: (212) 532-1091
E: aaron@sirillp.com

*Attorneys for Plaintiff*

Dated: 12/3/2020
So Ordered. The Clerk of the Court is directed to close this case.
**/s/ Gary R. Brown**
GARY R. BROWN, U.S.D.J.